THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Anthony Burnside,       
Appellant,
 
 
 

v.

 
 
 
J. Davida Mathis,       
Respondent.
 
 
 

Appeal From Greenville County
Larry R. Patterson, Circuit Court Judge

Unpublished Opinion No. 2003-UP-727
Submitted October 15, 2003  Filed December 
 16, 2003

AFFIRMED

 
 
 
Anthony Burnside of Columbia, for Appellant.
Davida  Mathis of Greenville, for Respondent.
 
 
 

PER CURIAM:  Appellant, Anthony Burnside, 
 brought a complaint against attorney J. Davida Mathis asserting a violation 
 of the Unfair Trade Practices Act.  Burnsides action stems from his payment 
 of monies to Mathis for her representation of him in a criminal matter which 
 resulted in Burnsides conviction.  The trial judge granted Mathis motion for 
 summary judgment.  Mathis appeals.  We affirm pursuant to Rule 220(b)(2), SCACR 
 and the following authorities:  ISSUE I:  Gaskins v. S. Farm Bureau Cas. 
 Ins. Co., 343 S.C. 666, 673-74, 541 S.E.2d 269, 273 (Ct. App. 2000), affd 
 as modified, 354 S.C. 416, 581 S.E.2d 169 (2003) (a party who fails to move 
 for recusal has not preserved the issue for appellate review); Sabb v. S.C. 
 State Univ., 350 S.C. 416, 422, 567 S.E.2d 231, 234 (2002); Brown v. 
 Evatt, 322 S.C. 189, 193, 470 S.E.2d 848, 850 (1996); Dove v. Gold Kist, 
 Inc., 314 S.C. 235, 237-38, 442 S.E.2d 598, 600 (1994) (subject matter jurisdiction 
 is the power to hear and determine cases of the general class to which the proceedings 
 in question belong);  ISSUE II:  In re McCracken, 346 S.C. 87, 92, 551 
 S.E.2d 235, 238 (2001) (a constitutional claim must be raised and ruled upon 
 to be preserved for appellate review); Great Games, Inc., v. South Carolina 
 Dept of Revenue, 339 S.C. 79, 85, 529 S.E.2d 6, 9 (2000) (where appellants 
 raised constitutional issues before the circuit court, but that court failed 
 to rule upon them, and appellants did not raise the omission by way of a Rule 
 59 motion, constitutional claims were not preserved for appellate review); Quillian 
 v. Evatt, 315 S.C. 489, 491, 445 S.E.2d 639, 640 (Ct. App. 1994) (where 
 appellant did not raise and trial judge did not rule on constitutional issues, 
 nor did appellant seek rulings by post-trial motions, appellate court could 
 not consider issues on appeal).  
AFFIRMED
HUFF, STILWELL, and BEATTY, JJ., concur.